STATE OF MISSOURI, Appellant, *vs.* DOCTOR W. MULLIX, Respondent.

1. *Practice, criminal—Final judgment—Appeal.*—In criminal, as in civil cases, no appeal will lie without final judgments; as where on demurrer sustained, none was rendered.

*Appeal from Harrison Circuit Court.*

S. A. *Young*, for Appellant.

SHERWOOD, Judge, delivered the opinion of the court.

Respondent was indicted for grand larceny, and demurred to the indictment, which the court held to be insufficient.; but no final judgment was entered. The State thereupon appealed to this court. The same rule prevails in criminal as in civil cases, that no appeal can be taken except upon a final

judgment ; and yet, case after case comes up to every term of, and encumbers every docket of, this court, in which no final determination of the cause has been had in the court below. (State vs. Pepper, 7 Mo., 348 ; State vs. Gregory, 38 Mo., 501.)

Let the appeal be dismissed. Judges Wagner and Napton absent ; the other Judges concur.